IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Washington, Christopher M | Case Number: 07 B 07806 |
| | Judge: Squires, John H |
| Printed: 01/29/09 | Filed: 4/30/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: December 17, 2008
Confirmed: July 11, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 1,978.00 | |
| Secured: | | 1,580.50 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 281.77 |
| Trustee Fee: | | 115.73 |
| Other Funds: | | 0.00 |
| Totals: | 1,978.00 | 1,978.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Adams & Associates | Administrative | 2,806.33 | 281.77 |
| 2. | AT&T Wireless | Secured | 0.00 | 0.00 |
| 3. | Monterey Collection Service | Secured | 0.00 | 0.00 |
| 4. | Credit Acceptance Corp | Secured | 5,000.00 | 1,580.50 |
| 5. | Internal Revenue Service | Priority | 5,975.61 | 0.00 |
| 6. | Illinois Dept Of Employment Sec | Unsecured | 75.00 | 0.00 |
| 7. | Triad Financial Services | Unsecured | 1,081.47 | 0.00 |
| 8. | Monterey Collection Service | Unsecured | 49.43 | 0.00 |
| 9. | AIS Services | Unsecured | 56.00 | 0.00 |
| 10. | AmeriCash Loans, LLC | Unsecured | 76.76 | 0.00 |
| 11. | Commonwealth Edison | Unsecured | 30.10 | 0.00 |
| 12. | City Of Chicago Dept Of Revenue | Unsecured | 215.00 | 0.00 |
| 13. | Credit Acceptance Corp | Unsecured | 90.28 | 0.00 |
| 14. | Comcast Cablevision | Unsecured | 20.58 | 0.00 |
| 15. | Robert J Adams & Associates | Priority | | No Claim Filed |
| 16. | AFNI | Unsecured | | No Claim Filed |
| 17. | Alliance One | Unsecured | | No Claim Filed |
| 18. | Blatt Hasenmiller & Komar | Unsecured | | No Claim Filed |
| 19. | Allied Interstate | Unsecured | | No Claim Filed |
| 20. | Credit Collection | Unsecured | | No Claim Filed |
| 21. | AmeriCash Loans, LLC | Unsecured | | No Claim Filed |
| 22. | Creditors Discount & Audit Co | Unsecured | | No Claim Filed |
| 23. | Community Credit | Unsecured | | No Claim Filed |
| 24. | Baron's Creditor Svc | Unsecured | | No Claim Filed |
| 25. | Arnold Scott Harris PC | Unsecured | | No Claim Filed |
| 26. | AmSher Collection Services | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Washington, Christopher M | Case Number: 07 B 07806 |
|---|---|---|
| | | Judge: Squires, John H |
| | Printed: 01/29/09 | Filed: 4/30/07 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | I C Systems Inc | Unsecured | | No Claim Filed |
| 28. | Financial Recovery | Unsecured | | No Claim Filed |
| 29. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 30. | National Quick Cash | Unsecured | | No Claim Filed |
| 31. | ICS | Unsecured | | No Claim Filed |
| 32. | Medical Collections | Unsecured | | No Claim Filed |
| 33. | Medical Collections | Unsecured | | No Claim Filed |
| 34. | Medical Collections | Unsecured | | No Claim Filed |
| 35. | First Premier | Unsecured | | No Claim Filed |
| 36. | Wells Fargo Bank | Unsecured | | No Claim Filed |
| 37. | SBC | Unsecured | | No Claim Filed |
| 38. | The Fitzgerald Law Firm | Unsecured | | No Claim Filed |
| 39. | Medical Collections | Unsecured | | No Claim Filed |
| | | | $ 15,476.56 | $ 1,862.27 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 63.06 |
| 6.5% | 52.67 |
| | $ 115.73 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

